KINSEY v. AMERICAN HARDWOOD MFG. CO.

(Supreme Court, Appellate Term. June 22, 1905.)

SERVICE OF PROCESS—EXEMPTIONS—ATTENDANCE AS WITNESS.

Service of summons on a foreign corporation by service on its president, a nonresident, while in the state attending a trial as a witness, and before the expiration of a reasonable time to return home after the trial, must be set aside; the president being exempt from service.

[Ed. Note.—For cases in point, see vol. 12, Cent. Dig. Corporations, § 2613; vol. 40, Cent. Dig. Process, § 150.]

Appeal from City Court of New York.

Action by Ernest W. Kinsey against the American Hardwood Manufacturing Company. From an order denying a motion to set aside the service of summons on defendant, a foreign corporation, made on its president, a nonresident, while in the state as a witness on a trial, defendant appeals. Reversed.

Argued before SCOTT, P. J., and MacLEAN and DUGRO, JJ.

Relyea & Bunnell, for appellant.

George W. Simpson, for respondent.

PER CURIAM.   It appears that the defendant did not remain in
New York for the purpose of attending to business after the trial.
He departed from the city within a reasonable time after the trial,
and did not remain longer than was necessary to take an early train
for home.   Having acted reasonably under the circumstances, he
was exempt from service, and the order should be reversed, with
$10 costs and disbursements, and the motion granted, with $10
costs.